

# MKC
## LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

January 17, 2020

*Via ECF; Total Pages: 1*
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Defendants' Letter-Motion to adjourn the Initial Conference scheduled for Monday, February 3, 2020 (ECF No. 18) is GRANTED. The Initial Conference is rescheduled to **Monday, February 10, 2020 at 10:00 am**. The parties' Report of Rule 26(f) Meeting and Proposed Case Management Plan is due by **Monday, February 3, 2020**. The Clerk of Court is respectfully directed to close ECF No. 18.
>
> SO-ORDERED 1/21/2020
>
> *(signature)* SARAH L. CAVE
> United States Magistrate Judge

Re:   Rodriguez et al v. Celtic Services NYC Inc. et al
       Docket No.: 1:19-cv-04777-ALC-SLC

Dear Judge Cave:

This office represents Defendants in the above referenced matter. An initial conference is currently scheduled for February 3, 2020 at 12:00 p.m. I respectfully request an adjournment to an alternate date that is most convenient for the Court. I have another matter scheduled for that date which cannot be rescheduled.

I have conferred with Plaintiffs' counsel, and he consents to this adjournment request. The parties submit February 6, 2020- in the morning, February 10, 2020, and March 2, 2020, for the court's consideration for rescheduling. This is the first request for adjournment in this matter.

Thank you for your consideration and kind courtesies in addressing this matter.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/kr
cc: James Patrick Peter O'Donnell, Esq. (via ECF)