Mindy Kallus, Esq.
3220 Netherland Ave., Suite 5D
Bronx, New York 10463
(646)954-1816
kallusesq@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **1-22-20**

January 21, 2020

(VIA ECF)
Judge Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 13
New York, New York 10007

**MEMO ENDORSED**

Re: Rodriguez, et al. Celtic Services NYC Inc., No. 19-cv-04777-ALC-SLC.

Dear Judge Carter,

    As an attorney with the Law Offices of Michael Chong I represented Defendants Celtic Services and Kieran Slevin in this action. Due to a change in circumstances, I am no longer associated with Mr. Chong. Accordingly I respectfully move to withdraw as counsel for Defendants. Defendants will not be prejudiced as Mr. Chong has represented Defendants from the outset of this action.

Very Truly Yours,

/s/Mindy Kallus

To: All Counsel (VIA ECF)

SO ORDERED:

_/s/ Andrew L. Carter, Jr._
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
1-22-20