

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

July 3, 2020

<u>Via ECF; Total Pages: 1</u>
Honorable Sarah L. Cave, U.S.M.J.
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: Rodriguez et al. v. Celtic Services NYC, Inc. et al.
       Case No.: 1:19-cv-04777-ALC-SLC

Dear Judge Cave:

  This office represents the Defendants in the above referenced matter. A telephone conference is presently scheduled for July 6, 2020 at 10:00 am and respectfully request a thirty (30) day adjournment. This is my first request to adjourn the telephone conference and no prior request has been granted or denied. I am requesting this adjournment due to an unforeseen medical emergency related to my immediate family member.

  I have conferred with Plaintiffs' counsel, and he consents to this adjournment request. Therefore, I respectfully request a thirty (30) day adjournment to the July 6, 2020 telephone conference to August 5, 2020 or to alternate date that is most convenient for the Court.

  Thank you for your consideration and kind courtesies in addressing this matter.

> Defendants' counsel's Letter-Motion (ECF No. 33) is GRANTED. The parties' Telephone Conference is adjourned to **Wednesday, August 5, 2020, at 11:00 am**. The Clerk of Court is respectfully directed to close ECF No. 33.
>
> SO-ORDERED 7/6/2020

Respectfully Submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

CC: James Patrick Peter O'Donnell, Esq. (Attorney for Plaintiff via ECF)

_____
SARAH L. CAVE
United States Magistrate Judge

1