UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RODRIGUEZ, et al.,

                Plaintiffs,

against

CELTIC SERVICES NYC, INC. and KIERAN SLEVIN, as an individual,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 4777 (ALC) (SLC)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for Wednesday, August 5, 2020, at 11:00 am will now be held on the Court's conference line, not the Chambers' line. At the scheduled date and time, the parties are directed to call the Court's conference line at 866-390-1828, access code 3809799. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

Dated:     New York, New York
             July 31, 2020

                                  SO ORDERED

                                  _/s/ Sarah L. Cave_
                                  **SARAH L. CAVE**
                                  **United States Magistrate Judge**