UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RODRIGUEZ, et al.,

              Plaintiffs,

against

CELTIC SERVICES NYC, INC. and KIERAN SLEVIN, as an individual,

              Defendants.

CIVIL ACTION NO.: 19 Civ. 4777 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case having been referred to the undersigned to manage general pretrial matters (ECF No. 15), all requests regarding such matters should be addressed accordingly.

The parties request for an extension of the fact discovery deadline (see ECF No. 42) is GRANTED. The parties' fact discovery deadline is adjourned to **Monday, November 23, 2020**. Given the new fact discovery deadline, by **Thursday, October 1, 2020**, the parties are directed to file a joint amended Proposed Case Management Plan listing, inter alia, updated deadlines for the remainder of discovery, a new dispositive motion deadline, and trial ready date.

Dated:    New York, New York
            September 23, 2020

                                        SO ORDERED

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**