USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _October 13, 2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE RODRIGUEZ ET AL,<br><br>                           **Plaintiffs,**<br><br>-against-<br><br>CELTIC SERVICES NYC INC., KIERAN SLEVIN, and EASY CONTRACTING LLC,<br><br>                           **Defendants.** | **19-cv-4777 (ALC) (SLC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of a report from the Court-annexed mediation program, advising the Court that the parties have reached a settlement in this matter. The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its recent decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than November 10, 2020.

**SO ORDERED.**

**Dated**:   October 13, 2020
            New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**