USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 30, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
**JOSE RODRIGUEZ ET AL,** :
:
**Plaintiff,** :
: **19-cv-4777 (ALC)**
-against- :
: <u>**ORDER**</u>
**CELTIC SERVICES NYC INC. ET AL,** :
:
**Defendants.** :
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' settlement agreement and accompanying joint motion to approve the revised settlement agreement, filed November 10, 2020. (ECF Nos. 48.) Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:   November 30, 2020
              New York, New York

_____
  **ANDREW L. CARTER, JR.**
  **United States District Judge**